[No. 14484–7–I. Division One. May 5, 1986.]

GREGORY McNABB, *Respondent,* v. GREG MATALITCH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–01558–0, Rosselle Pekelis, J., entered February 22, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams, J., and Holman, J. Pro Tem.

[No. 14964–4–I. Division One. May 5, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GEANETTE STOVALL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00001–1, Patricia H. Aitken, J., entered May 30, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson, J., and Holman, J. Pro Tem.

[No. 14289–5–I. Division One. May 5, 1986.]

FRIENDS OF THE PLATEAU, *Appellant,* v. KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–00815–8, Robert E. Dixon, J., entered April 6, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Petrie, J. Pro Tem.